UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

OWNERS INSURANCE COMPANY                                                          Plaintiff

v.                                                                         Civil Action No. 1:23CV-60-RGJ

HUB MULTIFAMILY, LLC                                                              Defendant

\* \* \* \* \*

**ORDER**

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 52], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within thirty (30) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within thirty (30) days from entry of this Order if the settlement is not consummated.

Copies to:  Counsel of Record