## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

| | |
|---|---|
| **OWNERS INSURANCE COMPANY,** | **Plaintiff** |
| v. | Lead Civil Action No. 1:23-cv-00060-RGJ |
| **HUB MULTIFAMILY, LLC,** | **Defendant** |
| **\*\*\*** | |
| **HUB MULTIFAMILY, LLC,** | |
| v. | **Plaintiff** |
| | Member Civil Action No. 1:23-cv-0070-RGJ |
| **OWNERS INSURANCE COMPANY,** | **Defendant** |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Owners Insurance Company and Defendant HUB Multifamily, LLC, by and through their undersigned counsel, hereby stipulate to dismissal with prejudice of this consolidated action and any of the claims that each party did assert or could have asserted in this consolidated action, with each party to bear its own costs and attorneys' fees.

June 11, 2025

*Rebecca Grady Jennings, District Judge*
United States District Court

APPROVED FOR ENTRY:

**SPENCER FANE LLP**

/s/  Courtney Lutz Creal
Courtney Lutz (Creal), TN BPR No. 034330
KY BPR No. 97037
511 Union Street, Suite 1000
Nashville, Tennessee 37219
(615) 238-6393 (Telephone)
ccreal@spencerfane.com

Terence M. Ridley, *Admitted pro hac vice*
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
(303) 839-3800 (Telephone)
tridley@spencerfane.com

*Attorneys for Plaintiff Owners Insurance Company*

**LOCHMILLER BOND**

 /s/  Beth A. Lochmiller_____
 Beth A. Lochmiller, KBA No. 85696
 P.O. Box 826
 Elizabethtown, Kentucky 42702
 (270) 900-1248 (Telephone)
  blochmiller@lbatty.com
 *Attorneys for Plaintiff Owners Insurance Company*

**SLOANE AND WALSH, LLP**

 /s/  Brendan L. Labbe w/ permission CLC
Anthony J. Antonellis, *Admitted pro hac vice*
Brendan L. Labbe, *Admitted pro hac vice*
One Boston Place
201 Washington Street, Suite 1600
Boston, Massachusetts, 02108
(617) 523-6010 (Telephone)
aantonellis@sloanewalsh.com
blabbe@sloanewalsh.com
*Attorneys for Defendant HUB Multifamily, LLC*